Court of Appeals
Fourth Court of Appeals District of Texas




# MEMORANDUM OPINION

No. 04-11-00568-CV

Wences **PIMENTEL**,
Appellant

v.

**CITY OF SAN ANTONIO**, Texas, Individually and on Behalf of, The City of San Antonio
Dangerous Structure Determination Board,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06611
The Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  November 2, 2011

DISMISSED

Wences Pimentel filed a notice of appeal from the trial court's judgment signed July 13, 2011.  The record was due September 12, 2011, but was not filed.  The District Clerk of Bexar County filed a notification stating the clerk's record would not be filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee.  We therefore ordered appellant to provide written proof to this court on or before October 3, 2011, that either (1) the clerk's fee has been paid or arrangements

had been made to pay the clerk's fee or (2) he is entitled to appeal without paying the clerk's fee. We advised appellant that his appeal would be dismissed if he failed to comply with our order. *See* TEX. R. APP. P. 37.3(b); 42.3(c). On appellant's motion, we extended his deadline until October 6, 2011. Pimentel has not filed the proof required by our order.

We therefore **order** this appeal dismissed.

PER CURIAM